UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80218-CR-MARRA/MATTHEWMAN(s)

UNITED STATES OF AMERICA )
)
v. )
)
JOHN SHEALEY, )
)
　　　　　Defendant. )
_____ )

FILED by ___ D.C.

DEC 03 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT I

Beginning in or about March 2011, and continuing to and through July 2012, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**JOHN SHEALEY,**

did knowingly and willfully combine, conspire, confederate and agree with other persons known and unknown to the United States Attorney, to commit one or more offenses against the United States, to wit:

　　(a) to manufacture, distribute and dispense, and to possess with intent to manufacture, distribute and dispense, a mixture and substance containing a detectable amount of one or more of the following chemical compositions:

1

    a.   1 Pentyl-3-(2,2,3,3-tetramethycyclopropoyl)indole, commonly known as UR-144; and

    b.   1-(5-fluoropentyl)-3-(2,2,3,3-tetramethylcyclopropoyl)indole, commonly known as 5-fluoro-UR-144;

each substance constituting a Schedule I controlled substance analogue, as defined in Title 21, United States Code, Section 802(32), and knowing that the mixture and substance was intended for human consumption, in violation of Title 21, United States Code, Sections 841(a)(1) and 813;

(b) to knowingly conduct and attempt to conduct financial transactions which involved the proceeds of specified unlawful activity, that is, violations of Title 21, United States Code, Section 841(a)(1), with the intent to promote the carrying on of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

(c) to introduce and cause the introduction into interstate commerce of misbranded drugs, with the intent to defraud and mislead, in violation of Title 21, United States Code, Sections 331(a), 352(a) and 333(a)(2).

## OVERT ACTS

In support of the conspiracy and to effect the object thereof, there were committed, by at least one conspirator, one or more overt acts, to wit:

1. On or about March 30, 2012, in Palm Beach County, in the Southern District of Florida, the defendant caused the delivery of approximately 20 kilograms of a controlled substance analogue to one J.L.

2. On or about February 2, 2012, the defendant caused a wire transfer in the amount of $100,000 to be made from the bank account of Kratom Lab Inc at PNC Bank to Rosbio Bulgaria LTD, at Unicredit Bank, Sofia, Bulgaria.

All in violation of Title 18, United States Code, Section 371.

## CRIMINAL FORFEITURE

Upon conviction of the violation alleged in Count 1 of this Information, defendant **JOHN SHEALEY** shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the violations including, but not limited to the following:

a. A money judgment in the amount of Two Million Two Hundred Thousand dollars ($2,200,000.00).

b. The contents of Bank of America account number xxxx-xxxx-9809 in the name of John Shealey (approximately $55,587.67).

c. The contents of Bank of America account number xxxx-xxxx-1522 in the name of John Shealey (approximately $31,871.11).

d. The contents of Regions Bank account number xxxx-xx7813 in the name of JPS Holdings Irrevocable Trust. (approximately $5,545.74).

e. One 2008 Land Rover Range Rover HSA SUV, VIN SALMF15478A275672.

f. One 2004 Chevrolet TrailBlazer EXT SUV, VIN1GNES16S846123554.

g. One 1957 Ford Custom 300, VIN A7GG154580.

h. One 1969 Dodge Coronet Super Bee, VIN WM23M9A284056.

i. Eight (8) watches: one men's Breitling Datora Montbrillant Chronograph, one men's stainless steel Android, one men's Movado, one lady's Movado, one men's caterpillar Enigma, one men's Jaeger Le Coultre World Timer Limited Series, one men's black Hublot, one men's pink and black Hublot.

j. $19,400.00 in United States currency.

k. Approximately $350,000 in United States currency representing various vendor checks, currently in possession of counsel's attorney.

l. $218,762.30 in United States currency from Suntrust account number xxxx-xxxx-59976 in the name of Florida Premier Distributors.

m. $54,221.83 in United States currency from JP Morgan Chase account number xxxx-17136 in the name of Kratom Lab, Inc.

n. One (1) G AVNG Seawolf watch, vendor Cert. # 1224692, Item # VBG06149.

o. One (1) 2012 personal watercraft vessel, VIN # YDV22480B212.

Pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 981(a)(1)(C), and Title 21, United States Code, Section 853.

If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant, John Shealey,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property, including but not limited to, the following:

a. The contents of PNC account number xxxxxx3589 in the name of B2B Consultants.

All pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 981(a)(1)(C), and Title 21, United States Code, Section 853.

*[signature]*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*
ROGER H. STEFIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JOHN SHEALEY
            **Defendant**
_____/

CASE NO.    **12-80218-CR-MARRA/MATTHEWMAN(s)**

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

\_\_\_ Miami    \_\_\_ Key West
_X_ FTL    \_\_\_ WPB    \_\_\_ FTP

New Defendant(s)    Yes _x_    No \_\_\_
Number of New Defendants    1
Total number of counts    1

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    _No_
   List language and/or dialect

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)      (Check only one)

   I    0 to 5 days    _X_      Petty    \_\_\_
   II    6 to 10 days    \_\_\_      Minor    \_\_\_
   III    11 to 20 days    \_\_\_      Misdem.    \_\_\_
   IV    21 to 60 days    \_\_\_      Felony    _X_
   V    61 days and over    \_\_\_

6. Has this case been previously filed in this District Court? (Yes or No)    _no_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    _yes_
   If yes:
   Magistrate Case No.    _12-MJ-8297_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? \_\_\_ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? \_\_\_ Yes _X_ No

_____
ROGER H. STEFIN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0287334

*Penalty Sheet(s) attached                                                      REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: <u>JOHN SHEALEY</u>

**Case No**: <u>**12-80218-CR-MARRA/MATTHEWMAN(s)**</u>

Count : 1

<u>18 USC § 371</u>
<u>Conspiracy to commit offense or to defraud United States</u>


**\* Max. Penalty**:   Maximum 5 Years' Imprisonment; $250,000 Fine

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __12-80218-CR-MARRA/MATTHEWMAN(s)__

UNITED STATES OF AMERICA

v.

JOHN SHEALEY

　　　　　Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   _____ Yes   __X__ No

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　WIFREDO A. FERRER
　　　　　　　　　　　　UNITED STATES ATTORNEY

BY:　　　_/s/_____
　　　　　　　　　　　　ROGER H. STEFIN
　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　Fla. Bar No. 0287334
　　　　　　　　　　　　500 S. Australian Avenue, Suite 400
　　　　　　　　　　　　West Palm Beach, FL 33401-6235
　　　　　　　　　　　　Tel: (561) 820-8711
　　　　　　　　　　　　Fax: (561) 820-8777
　　　　　　　　　　　　Roger.Stefin@usdoj.gov