UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　CASE NO: __12-80218-CR__

　　　　　　Plaintiff
vs.

__John Shealey__ /

**SENTENCING MINUTES**

DATE: __8/14/13__　　　　Court Reporter: __Karl Shires__ ~~Stephen Franklin~~

AUSA __Roger Stefin__　　Defense Counsel: __Marc Seitles__

　　　　　　　　　　　　　Deputy Clerk: __Irene Ferrante__

**JUDGMENT AND SENTENCE**

Imprisonment __18__ MONTHS as to COUNTS __one__

Probation _____ YEARS as to COUNTS _____

**Supervised Release** __2__ YEARS as to Counts _____

✓ Association restriction ___ Employment Requirement ✓ Permissible Search ___ Deportation
___ Mental Health Treatment ✓ Substance abuse treatment ___ Financial disclosure ___ No debt
___ No self-employment ___ Related concern restriction ___ Sex offender conditions

__forfeiture order entered__

Assessment $ __100.00__　Fine __∅__　Restitution: __10-4-13 @ 9:30 AM__

___ Counts remaining dismissed on Government motion _____
✓ Defendant advised of his right to appeal.
___ Remanded to U.S. Marshal
✓ Voluntary Surrender on or before __10-18-13 by 2:00 p.m.__
Recommendation to the Bureau of Prisons __FPC-Miami or Tallahassee__
__500 hr drug program__

Time in court: __1:45__　　　　　　statement: Alex Molinardi